IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JUN 20  AM 11: 24

| | |
|---|---|
| JORDAN ROSENBLATT,<br>            PLAINTIFF,<br><br>V.<br><br>BAZAARVOICE, INC., GENE AUSTIN, CRAIG A. BARBAROSH, KRISTA BERRY, STEVE H. BERKOWITZ, JEFFREY HAWN, THOMAS J. MEREDITH, ALLISON WING, BV PARENT, LLC, BV MERGER SUB, INC., AND MARLIN EQUITY PARTNERS,<br>            DEFENDANTS. | CAUSE NO. 1:17-CV-1212-LY |

## FINAL JUDGMENT

Before the court is Plaintiff's Notice of Voluntary Dismissal filed June 19, 2018 (Dkt. No. 4). The court thus renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of June, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE